FILED 02 APR '14 11:48 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-cr-00136-mo |
| v. | **INDICTMENT** |
| KONROD STEVEN MASON and<br>JULIA LYNN HANER, | 18 U.S.C. §§ 1591, 1594, 2423, 2428 |
| | **UNDER SEAL** |
| Defendants. | |

THE GRAND JURY CHARGES:

### COUNT 1
### Sex Trafficking of a Minor

Beginning on or about February 28, 2014 and continuing until on or about March 11, 2014, in the District of Oregon and elsewhere, **KONROD STEVEN MASON** and **JULIA LYNN HANER**, defendants herein, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, "Minor Female," knowing, and in reckless disregard of the fact after having had a reasonable opportunity to observe " Minor Female," that " Minor Female" had not attained the age of 18 years and would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), and 1594(a).

### COUNT 2
### Transportation of a Minor for Prostitution

On or about February 28, 2014, in the District of Oregon and elsewhere, **KONROD STEVEN MASON** and **JULIA LYNN HANER**, defendants herein, did knowingly transport "Minor Female," a female under the age of 18, in interstate commerce from the State of Oregon to the State of

Washington, with the intent that "Minor Female" engage in prostitution; all in violation of Title 18, United States Code, Section 2423(a).

## CRIMINAL FORFEITURE ALLEGATIONS

Upon conviction of the offense set forth above in Count 1, **KONROD STEVEN MASON** and **JULIA LYNN HANER**, defendants herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

Upon conviction of the offense set forth above in Count 2, **KONROD STEVEN MASON** and **JULIA LYNN HANER**, defendants herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

DATED this _2_ day of April 2014.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney