CAND-ECF                                                   https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?128670731848758-L_1_0-1

FILED14 AUG '14 10:36USDC-ORP

# U.S. District Court
# California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:14-mj-71059-NC All Defendants
## Internal Use Only

Case title: USA v. Haner                                    Date Filed: 08/08/2014
Other court case number: CR 14-00136-02-MO District of      Date Terminated: 08/08/2014
Oregon

Assigned to: Magistrate Judge
Nathanael M. Cousins

### Defendant (1)

**Julia Lynn Haner**                    represented by **Daniel Paul Blank**
*TERMINATED: 08/08/2014*                                Federal Public Defender's Office
                                                        450 Golden Gate Ave., 19th Floor
                                                        San Francisco, CA 94102
**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Northern District of California.

_8-8-14_

Date Filed _____

RICHARD W. WIEKING, Clerk

By:_____, Deputy Clerk

## MARK J. JENKINS
                                                        (415) 436-7700
                                                        Email: daniel_blank@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

### Pending Counts                                      ### Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts                                   ### Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                                          ### Disposition

18:1591(a)(1), (b)(2), and (c), and
1594(a) - Sex Trafficking of a Minor;
18:2423(a) - Transportation of a Minor
for Prostitution

**Plaintiff**

**USA**                                    represented by   **Kimberly Eloise Hopkins**
United States Attorneys Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415-436-6991
Email: kimberly.hopkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2014 | | Arrest of Julia Lynn Haner in Northern District of California. (mjj2S, COURT STAFF) (Filed on 8/7/2014) (Entered: 08/08/2014) |
| 08/08/2014 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Julia Lynn Haner (1). (mjj2S, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014) |
| 08/08/2014 | 2 | Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins: Initial Appearance as to Julia Lynn Haner held on 8/8/2014; Added attorney Daniel Paul Blank provisionally for Julia Lynn Haner. Advised of rights and charges. Name as charged is true name. Defendant waives identity and preliminy hearing. Order removed to the District of Oregon, Portland Division. Remanded to custody. (Recording #FTR 9:42-9:51.) (mjj2S, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014) |
| 08/08/2014 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Julia Lynn Haner (mjj2S, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014) |
| 08/08/2014 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Julia Lynn Haner. Defendant committed to District of District of Oregon, Portland division. Requesting court-appointed counsel. Signed by Judge Magistrate Judge Nathanael M. Cousins on 8/8/2014. (mjj2S, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014)** |
| 08/08/2014 | 5 | CLERKS NOTICE as to Julia Lynn Haner - Forwarded Rule 5 documents to District of Oregon, Portland via USPS. (mjj2S, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014) |

Case 3:14-cr-00136-MO    Document 53    Filed 08/14/14    Page 3 of 13

https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?128670731848758-L_1_0-1

FILED

2014 AUG -8  A 9: 29

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   KIMBERLY E. HOPKINS (MABN 668608)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200                            FILED 14 AUG 14 10:39 USDC-ORP
7       FAX: (415) 436-6748
        Kimberly.hopkins@usdoj.gov
8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION                        NC

13                                              3 - 1 4 - 7 1 0 5 9
    UNITED STATES OF AMERICA        )   CRIMINAL NO.
14                                  )
        v.                          )
15                                  )   NOTICE OF PROCEEDINGS ON OUT-OF-
    JULIA LYNN HANER,               )   DISTRICT CRIMINAL CHARGES PURSUANT TO
16                                  )   RULES 5(c) AND (3) OF THE FEDERAL RULES
        Defendant.                  )   OF CRIMINAL PROCEDURE
17                                  )
                                    )
18  _____)

19
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure
20
    that on _August 7, 2014_, the above-named defendant was arrested  based upon an arrest warrant (copy
21
    attached) issued upon an
22
            □     Indictment
23
            □     Information
24
            □     Criminal Complaint
25
            X     Other (describe) Order of Court - Bench Warrant
26
    pending in the District of Oregon, Case Number CR 14-00136-02-MO.  The Warrant for Arrest is
27
    attached as Exhibit 1, Petition for Warrant attached as Exhibit 2, and the Indictment is attached as
28

1  Exhibit 3.

2        In that case, the defendant is charged with a violation of Title 18 United States Code, Sections

3  1591(a)(1), (b)(2), and (c), and 1594(a), Sex Trafficking of a Minor; and Title 18 United States Code,

4  Section 2423(a), Transportation of a Minor for Prostitution.

5  Description of Charges:

6        The Indictment charges defendant Julia Lynn Haner with sex trafficking of a minor and

7  transporting the minor from Oregon to Washington for the purpose of prostitution.

8

9                                                Respectfully Submitted,
                                                 MELINDA HAAG
10                                               UNITED STATES ATTORNEY

11  Date: 8/7/14

12                                               KIMBERLY E. HOPKINS
                                                 Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

96 8(3/02)

# UNITED STATES DISTRICT COURT

## For

## DISTRICT OF OREGON

U.S.A vs. Julia Lynn Haner

Docket No. 3:14CR00136-02-MO

TO:   any United States Marshal or any other authorized officer   PD-4654263

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Julia Lynn Haner | 12/6/1994 | F | W N | 19 |

**ADDRESS**

19655 Southwest 65th Avenue Apt #4, Tualatin, Oregon 97062

**TO BE BROUGHT BEFORE**

U.S. District Court, Portland, Oregon

MARY L. MORAN

CLERK                        (BY) Deputy Clerk          DATE          JUN 23 2014

## RETURN

Warrant received and executed.    DATE RECEIVED          DATE EXECUTED

**EXECUTING AGENCY (NAME AND ADDRESS**

| NAME | (BY) | DATE |
|---|---|---|
| | | |

ORD PTS1205 (04/05)

# United States District Court
# District of Oregon

## Petition for Warrant for Defendant Under
## Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| Julia Lynn Haner | June 22, 2014 |
| **Name of Judicial Officer** | **Case Number** |
| The Honorable Paul Papak, U.S. Magistrate Judge | 3:14CR00136-02-MO |
| **Original Offense** | **Date Supervision Commenced** |
| Sex Trafficking of a Minor and Transportation of a Minor for Prostitution | April 14, 2014 |

**Bond Conditions Imposed:**

- Report as directed by the U.S. Pretrial Services Office.
- Find and maintain gainful full-time employment, approved schooling or a full-time combination of both, as directed and approved by Pretrial Services.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Travel is limited to Oregon unless prior approval is obtained from U.S. Pretrial Services.
- Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's written certification. The defendant is prohibited from using or possessing any synthetic intoxicating substance, including but not limited to "Spice", "K-2" and other forms of synthetic marijuana
- Do not use, possess, or consume alcohol.
- The defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- Participate in drug/alcohol assessment and undergo counseling as directed by U.S. Pretrial Services.
- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed. The defendant shall participate in medication monitoring if directed by Pretrial Services.
- Neither own, possess, nor control any firearm (or any weapon).
- Submit to search of person, place of residence any electronic media or cellular devices and vehicle at the direction of U.S. Pretrial Services.
- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.

  (X) Active GPS Monitoring (including hybrid GPS)

  This form of location monitoring technology shall be utilized to monitor the following location restriction:

  (X) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services officer.
- Avoid all contact with the following named persons: Co-defendant or victim in the case
- Not affiliate with, own, control, and/or be employed in any capacity by a business, organization, and or volunteer activity that causes the defendant to regularly contact persons under the age of 18.
- Not frequent places primarily used by persons under the age of 18 without the prior approval of Pretrial Services.
- No association or contact with known prostitutes or "pimps" or prostitution customers aka: "johns"
- Defendant shall not enter any establishments where nude dancing (stripping) occurs.
- The defendant shall not post, frequent or use any social media sites or prostitution/escort sites or publications unless approved by U.S. Pretrial Services.
- The defendant shall possess and use only one cellular telephone as approved by U.S. Pretrial Services which shall be subject to search by U.S. Pretrial Services.
- The defendant shall participate in the Court Assisted Pretrial Supervision Program and will meet with the Magistrate Judge as directed to assess the defendant's progress and compliance.
- In the event the defendant violates the schedule of location monitoring, cannot be located, or violates any program rule of a residential treatment program or community corrections center, U.S. Pretrial Services is authorized to notify the United States Marshals Service or responsible law enforcement agency who is then commanded to arrest the defendant for the violation and bring him/her before a United States Magistrate Judge without unnecessary delay.

OLD PTS1108 (09/01)

## PETITIONING THE COURT

To issue a warrant

### Nature of Noncompliance

The defendant has removed her GPS device without permission, on or about June 22, 2014, at 6:38 a.m. Her current whereabouts are unknown.

### U.S. Pretrial Services Officer Recommendation:

Based upon the above allegations, probable cause has been established that a violation of pretrial release has been committed. It is recommended the Court order the issuance of a Warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2014

Michael D. McFarland
Senior U.S. Pretrial Services Officer

### Assistant U.S. Attorney's Position:

☒ The U.S. Attorney=s office has been notified of this violation and:

☐ Concurs with recommendation

☐ Does not concur with recommendation

### THE COURT DIRECTS:

☑ The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)

☐ Other: _____

Paul Papak, U.S. Magistrate Judge        Date  6/23/14

FILED02 APR '14 11:48USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

KONROD STEVEN MASON and
JULIA LYNN HANER,

Defendants.

Case No. 3:14-cr-00136-mo

**INDICTMENT**

18 U.S.C. §§ 1591, 1594, 2423, 2428

**UNDER SEAL**

### THE GRAND JURY CHARGES:

### COUNT 1
### Sex Trafficking of a Minor

Beginning on or about February 28, 2014 and continuing until on or about March 11, 2014, in

the District of Oregon and elsewhere, **KONROD STEVEN MASON** and **JULIA LYNN HANER**,

defendants herein, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice,

harbor, transport, provide, obtain, and maintain by any means a person, "Minor Female," knowing, and

in reckless disregard of the fact after having had a reasonable opportunity to observe " Minor Female,"

that " Minor Female" had not attained the age of 18 years and would be caused to engage in a

commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and

(c), and 1594(a).

### COUNT 2
### Transportation of a Minor for Prostitution

On or about February 28, 2014, in the District of Oregon and elsewhere, **KONROD STEVEN**

**MASON** and **JULIA LYNN HANER**, defendants herein, did knowingly transport "Minor Female," a

female under the age of 18, in interstate commerce from the State of Oregon to the State of

Washington, with the intent that "Minor Female" engage in prostitution; all in violation of Title 18,

United States Code, Section 2423(a).

## CRIMINAL FORFEITURE ALLEGATIONS

Upon conviction of the offense set forth above in Count 1, **KONROD STEVEN MASON** and

**JULIA LYNN HANER**, defendants herein, shall forfeit to the United States pursuant to Title 18,

United States Code, Section 1594, any property, real or personal, that was used or intended to be used

to commit or to facilitate the commission of such violation, and any property, real or personal,

constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

Upon conviction of the offense set forth above in Count 2, **KONROD STEVEN MASON** and

**JULIA LYNN HANER**, defendants herein, shall forfeit to the United States pursuant to Title 18,

United States Code, Section 2428, any property, real or personal, that was used or intended to be used

to commit or to facilitate the commission of such violation, and any property, real or personal,

constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

DATED this __2__ day of April 2014.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney

INDICTMENT/*United States v. Konrod Steven Mason and Julia Lynn Haner*          PAGE 2

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 09 min | | FILED14 AUG '14 10:39USDC-ORP |
|---|---|---|---|---|---|

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Lili M. Harrell | | REPORTER/FTR FTR: 9:42am - 9:51am | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Nathanael Cousins | DATE August 8, 2014 | | NEW CASE ☐ | CASE NUMBER 3:14-mj-71059 MAG |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|

| DEFENDANT Julia Lynn Haner | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Daniel Blank - provisionally | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kimberly Hopkins | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Katrina Chu | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR on Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

FILED
AUG X 8 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
RICHARD W. WIEKING

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  Oregon, Portland Division

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Defendant waives identity and preliminary hearings.

DOCUMENT NUMBER: 2 -MJ

FILED14 AUG '14 10:39USDC-ORP

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**F I L E D**

## UNITED STATES DISTRICT COURT
### for the
Northern District of California

AUG X 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America )
v. )
_JULIA LYNN HAMER_ )
  *Defendant* )
)
)

Case No. 3:14-mj-71059

Charging District's Case No.

3:14-CR-00136-MO

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  D OREGON

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
       unless I am indicted — to determine whether there is probable cause to believe that an offense has
       been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑  an identity hearing and production of the warrant.

☑  a preliminary hearing.

☑  a detention hearing.

☑  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
   be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
   by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  8/8/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

3-MSR

FILED14 AUG '14 10:39USDC-ORP

AO 94 (Rev. 06/09) Commitment to Another District

FILED

## UNITED STATES DISTRICT COURT

for the

Northern District of California

AUG X 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.  3:14-mj-71059 MAG |
| JULIA LYNN HANER | ) |
| | )  Charging District's |
| *Defendant* | )  Case No.   CR 14-00136-02 MO |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Oregon  ,

*(if applicable)*  Portland  division. The defendant may need an interpreter for this language:

_____.

The defendant:     ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  08/08/2014

_____
*Judge's signature*

_____
Nathanael Cousins, United States Magistrate Judge
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
**ATTEST:**
   RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

By _____
               puty Cle...
Date ___8-8-14___

**MARK J. JENKINS**